FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2016 DEC 20  PM 1:06

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-4694 VJ |
| ) | |
| vs. ) | Count 1: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(A): Possession with Intent to |
| **JIMMY ALEX BARELA, JR.**, ) | Distribute 50 Grams and More of |
| ) | Methamphetamine; 18 U.S.C. § 2: |
| Defendant. ) | Aiding and Abetting; and |
| ) | |
| ) | Count 2: 21 U.S.C. §§ 841(a)(1) and |
| ) | (b)(1)(C): Possession with Intent to |
| ) | Distribute Heroin; 18 U.S.C. § 2: Aiding |
| ) | and Abetting. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about March 2, 2016, in Doña Ana County, in the District of New Mexico, the defendant, **JIMMY ALEX BARELA, JR.**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of Methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 2.

### Count 2

On or about March 2, 2016, in Doña Ana County, in the District of New Mexico, the defendant, **JIMMY ALEX BARELA, JR.**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

DAMON P. MARTINEZ
United States Attorney

/s/

MARK A. SALTMAN
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM  88011
(575) 522-2304

11